# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROSE GLORIOSO-BRANDT | * | |
| v. | * | Civil No. – JFM-16-4025 |
| THOMAS E. PRICE, M.D. | * | |

## MEMORANDUM

Plaintiff has instituted this *pro se* action for employment discrimination. She suffers from Bilateral Carpal and Cubital Tunnel Syndromes. Thomas E. Price, M.D., Secretary of the Department of Health and Human Services, has filed a motion to dismiss or, in the alternative, for summary judgment. The motion will be granted.

The record is clear that plaintiff's supervisor extended to plaintiff several accommodations, including an ergonomic work site, making sure plaintiff was not required to perform repetitive typing or writing, allowing for the performance of any necessary lifting (such as access manuals or books) by an assistant, and upgrading the computer to allow plaintiff to use a computer program called "Dragon Naturally Speak." The additional request made by plaintiff for work-at-home on Fridays ("consultation only") on Fridays was not, however, extended to plaintiff. Plaintiff performed more than consulting work, and accommodating this request would have required other employees of defendant to assume other duties for plaintiff.

Plaintiff has also filed claims for defamation and for violation of the Fair Labor Standards Act but has provided no evidence that would support those claims.

On these fact defendant committed no actionable wrong against plaintiff. Accordingly, Dr. Price's motion to dismiss or for summary judgment will be treated as one for summary judgment and, as such, will be granted.

Date: July 13, 2017

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JUL 13 PH 3:20
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY